IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FELICIA BACA-MARTINEZ,

    Plaintiff,

v.

                                                                              Case No. 1:25-cv-00216-MIS-GBW

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION REGARDING DEFENDANT'S MOTION TO DISMISS, GRANTING DEFENDANT'S MOTION TO DISMISS, DISMISSING CASE WITH PREJUDICE, AND CLOSING CASE

**THIS MATTER** is before the Court on United States Magistrate Judge Gregory B. Wormuth's Proposed Findings and Recommended Disposition ("PFRD"), ECF No. 16, issued October 27, 2025. Therein, Judge Wormuth recommends granting Defendant Frank Bisignano's Motion to Dismiss, ECF No. 11, and dismissing Plaintiff Felicia Baca-Martinez's Complaint, ECF No. 1, because Plaintiff filed her Complaint beyond the sixty-day limitations period established by 42 U.S.C. § 405(g), and Plaintiff has not established that she is entitled to equitable tolling. PFRD at 4-5. Pursuant to 28 U.S.C. § 636(b)(1), the Parties had fourteen days to file objections. To date, no objections have been filed. The failure to make timely objections to a Magistrate Judge's PFRD waives appellate review of both factual and legal questions. United States v. 2121 East 30th Street, 73 F.3d 1057, 1059 (10th Cir. 1996). Furthermore, upon review of the PFRD, the Court concurs with Judge Wormuth's findings and recommendation.

Therefore, **IT IS HEREBY ORDERED** that:

1. The Proposed Findings and Recommended Disposition issued by United States Magistrate Judge Gregory B. Wormuth on October 27, 2025, ECF No. 16, is **ADOPTED**;

2. Defendant's Motion to Dismiss, ECF No. 11, is **GRANTED**;

3. Plaintiff's Complaint, ECF No. 1, is **DISMISSED with prejudice**;

4. All other pending motions are **DENIED AS MOOT**; and

5. This case is now **CLOSED**.

*/s/ Margaret Strickland*
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE